# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERCE CHRISTIAN CHANEY, | Case No. 1:26-cv-00863-JLT-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANTS TO EITHER FILE A NOTICE OF WITHDRAWAL OF MOTION TO DISMISS OR A NOTICE INFORMING COURT WHY MOTION IS NOT MOOT |
| v. | |
| MARIPOSA COUNTY UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | (ECF Nos. 6, 10) |
| | **FIVE DAY DEADLINE** |

On February 2, 2026, Plaintiff initiated this action.  (ECF No. 1.)  On March 10, 2026, Defendants filed a motion to dismiss.  (ECF No. 6.)  The pending motion was referred to the undersigned for the preparation of findings and recommendations.  (ECF No. 8.)  The hearing is currently set for July 8, 2026.  (ECF No. 9.)  On March 31, 2026, Plaintiff filed a first amended complaint.  (ECF No. 10.)

Under Rule 15 of the Federal Rules of Civil Procedure, a party may amend his pleading once as a matter of course "21 days after service of a motion under Rule 12(b). . ."  Fed. R. Civ. P.  15(a)(1)(B).  "[A]n amended complaint supersedes the original, the latter being treated thereafter as non-existent" and as no longer performing any function in the case.  Ramirez v. County of San Bernardino, 806 F.3d 1002, 1008 (9th Cir. 2015); see also Hal Roach Studios, Inc. v. Richard Feiner & Co., 896 F.2d 1542, 1546 (9th Cir. 1989).

Here, the first amended complaint was filed on the twenty-first day after Defendants filed their motion under Rule 12(b).  The first amended complaint has therefore become the operative complaint in this action.  The original complaint filed on February 2, 2026—the subject of the pending motion to dismiss—is now nonexistent and performs no function in this case.  See Ramirez, 806 F.3d at 1008.  Because Defendants' 12(b) motion is attacking a non-existent complaint, the motion is ordinarily denied as moot.  See id.; J.M through McWilliams v. Tulare City Sch. Dist., No. 1:21-cv-1766 AWI EPG, 2022 WL 1489481, at *1 (E.D. Cal. May 11, 2022) (denying motion to dismiss as moot after filing of amended complaint within twenty-one days); Ruffa v. S. Cal. Edison Co., No. 1:22-cv-01556-ADA-BAM, 2023 WL 214339, at *1 (E.D. Cal. Feb. 21, 2023) (same); but see Baday v. Kings Cnty., No. 1:20-cv-00644-ADA-SKO, 2022 WL 10631010, at *1 (E.D. Cal. Oct. 18, 2022) (noting that in the "unusual situation . . . [w]hen the amended complaint is substantially identical to the original . . . a court can rule on the motion to dismiss with reference to the amended complaint" because "[i]t would be futile to dismiss [a defendant's] motion without prejudice, only to have [the defendant] refile another motion to dismiss with effectively the same arguments") (citation omitted).

Because the filing of the first amended complaint on March 31, 2026 would ordinarily moot the motion to dismiss, the Court shall require Defendants to file a notice informing the Court why its pending motion is not moot, or, alternatively, file a notice to withdraw its motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file a notice informing the Court why the pending motion to dismiss (ECF No. 6) is not moot, or, alternatively, file a notice to withdraw its motion to dismiss within **five (5) days** of the date of this order; and

/ / /

/ / /

/ / /

/ / /

/ / /

2

2. Failure to comply with this order will result in the Court's recommendation to the District Judge that Defendants' motion to dismiss (ECF No. 6) be denied as moot.

IT IS SO ORDERED.

Dated:   **April 7, 2026**

STANLEY A. BOONE
United States Magistrate Judge