# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIERCE CHRISTIAN CHANEY,<br><br>Plaintiff,<br><br>v.<br><br>MARIPOSA COUNTY, et al.,<br><br>Defendants. | Case No.  1:26-cv-00863-JLT-SAB<br><br>ORDER VACATING JULY 8, 2026 HEARING ON DEFENDANTS' MOTIONS TO DISMISS<br><br>ORDER VACATING SEPTEMBER 24, 2026 INITIAL SCHEDULING CONFERENCE |

On April 14, 2026, Defendants filed two motion to dismiss, with a hearing set for July 8, 2026. (ECF Nos. 13, 14.)  Pursuant to the Local Rules of the Eastern District of California, Plaintiff's opposition(s) to the motions was due on May 1, 2026.  L.R. 230(c).  To date, Plaintiff has not filed an opposition.  The Local Rules provide that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument.  Id.  Upon review of the motions to dismiss, the Court takes these matters under submission and will issue its findings and recommendations on the papers in due course.

Accordingly, IT IS HEREBY ORDERED that the hearing set for July 8, 2026, is VACATED, and the parties will not be required to appear at that time.

Furthermore, the initial scheduling conference set for September 24, 2026, is VACATED.  Following the Court's issuance of findings and recommendations, the assigned district judge will decide whether to adopt, modify, or decline the Court's findings and

1

recommendations. In turn, following the assigned district judge's decision, the Court will, if appropriate, reset the initial scheduling conference.

IT IS SO ORDERED.

Dated: **May 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge